IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC.,

      Plaintiff

      v.                          CIVIL NO. 09-1553 (JP)

STAR MEAT, et al.,

      Defendants

## FINAL JUDGMENT

At the Initial Scheduling Conference, the parties hereto have reached a settlement agreement in this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF TO HAVE AN RECOVER TWENTY FIVE THOUSAND DOLLARS FROM DEFENDANTS**. Said amount is what is owed by Defendants up to April 14, 2009. This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of December, 2009.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

COUNSEL FOR PLAINTIFF            COUNSEL FOR DEFENDANTS

_____        _____
CELIO CRUZ, ESQ.                 JOANNE PARDO, ESQ.